# EXHIBIT B

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Firm Employee: | Minutes Spent: | Hours: | Fees: |
|---|---:|---:|---:|
| George Swegman | 8483 | 141.38 | $ 56,553.33 |
| Benjamin Davis | 1529 | 25.48 | $ 8,919.17 |
| Robert Leonard | 124 | 2.07 | $ 723.33 |
| Steve Lubar | 0 | 0.00 | $ - |
| Jim Lanier | 0 | 0.00 | $ - |
| Joe Spicer | 0 | 0.00 | $ - |
| Attorneys | 10136 | 168.93 | $ 66,195.83 |
| Titi Fashina | 0 | 0.00 | $ - |
| Ben Brooks | 887 | 14.78 | $ 2,217.50 |
| Lisa Imhoff | 0 | 0.00 | $ - |
| Kelly Burgy | 1177 | 19.62 | $ 2,942.50 |
| Nathan Price | 6415 | 106.92 | $ 16,037.50 |
| Tajuana Paige | 0 | 0.00 | $ - |
| Spencer Evans | 0 | 0.00 | $ - |
| Michael Brown | 1254 | 20.90 | $ 3,135.00 |
| Dillon Swensen | 325 | 5.42 | $ 812.50 |
| Francisca Bradley | 5278 | 87.97 | $ 13,195.00 |
| Mark McGettigan | 0 | 0.00 | $ - |
| Paralegals | 15336 | 255.60 | $ 38,340.00 |
| **Total** | **25472** | **424.53** | **$ 104,535.83** |

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date: | By: | Min: | George Yassa | Fees: |
|---|---|---|---|---|
| 09/29/2016 | nprice | 39 | Initial intake re: facts surrounding potential overtime violation and misclassification | $ 97.50 |
| 10/13/2016 | nprice | 24 | Follow-up call re: email correspondence about job duties and employment policies | $ 60.00 |
| 10/31/2016 | gswegman | 45 | Reviwed file and met with client on initial interview via Skype. | $ 300.00 |
| 11/17/2016 | fbradley | 72 | New file review, performed add'nal research for Helion Auto Tech, updated notes and weekly chart. | $ 180.00 |
| 01/18/2017 | fbradley | 10 | Status review w/Atty, updated notes/chart. | $ 25.00 |
| 01/19/2017 | gswegman | 9 | Discussion at weekly meeting. | $ 60.00 |
| 01/25/2017 | nprice | 6 | Email correspondence with Client re: update | $ 15.00 |
| 01/26/2017 | fbradley | 10 | Status review at weekly meeting. | $ 25.00 |
| 02/03/2017 | nprice | 172 | Began drafting Complaint re: Caption, introduction, parties, jurisdiction | $ 430.00 |
| 02/10/2017 | fbradley | 15 | Status review w/Atty, updated chart and notes. | $ 37.50 |
| 02/10/2017 | fbradley | 15 | Status review w/Atty, updated notes/chart. | $ 37.50 |
| 02/10/2017 | nprice | 62 | TC with Client re: facts alleged, review of Complaint | $ 155.00 |
| 02/10/2017 | nprice | 145 | Drafted Complaint re: employment, schedule. hours worked, overtime, facts alleged | $ 362.50 |
| 02/13/2017 | nprice | 128 | Edited Complaint re: notes from TC with Client 2/10 | $ 320.00 |
| 02/13/2017 | nprice | 27 | TC with Client re: facts alleged, Complaint | $ 67.50 |
| 02/13/2017 | fbradley | 122 | Reviewed and edited Complaint. | $ 305.00 |
| 02/14/2017 | nprice | 27 | Email correspondence with Client re: questions regarding duties, schedule, Defendant structure, employment history, facts alleged | $ 67.50 |
| 02/14/2017 | fbradley | 65 | Finalized Edits on Complaint. | $ 162.50 |
| 02/14/2017 | bdavis | 192 | Attorney analysis re: reviewed and analyzed Complaint in regard to implications specific to duties performed as it pertains to misclassification arguments and minimum threshold specific to salary requirements to be converted to hourly employee | $ 1,120.00 |
| 02/15/2017 | nprice | 201 | Reviewed and edited Complaint re: attorney edits, staff edits, grammar, facts alleged | $ 502.50 |
| 02/16/2017 | gswegman | 150 | Revieqwed and modified complaint. | $ 1,000.00 |
| 02/16/2017 | nprice | 83 | Edited Complaint re: Duties | $ 207.50 |
| 02/17/2017 | gswegman | 25 | Further review of changes to complaint. Meet with staff. | $ 166.67 |
| 02/17/2017 | nprice | 253 | Reviewed and edited Complaint re: all attorney and staff edits, final review for facts alleged, counts and violation of law, format, grammar | $ 632.50 |
| 02/20/2017 | gswegman | 15 | reviewed changes to complaint. | $ 100.00 |
| 02/20/2017 | gswegman | 175 | Worked on complaint | $ 1,166.67 |
| 02/21/2017 | nprice | 271 | Edited Complaint re: adding additional plaintiffs (Bates and Blazejak), facts alleged | $ 677.50 |
| 02/22/2017 | nprice | 306 | Editing Complaint re: adding additional parties, FLSA collective action allegations, class action allegations, prayer for relief, counts and violations of law, duties | $ 765.00 |
| 02/22/2017 | gswegman | 35 | Complaint | $ 233.33 |
| 02/23/2017 | gswegman | 30 | Review of revised complaint | $ 200.00 |
| 02/24/2017 | gswegman | 195 | Complaint | $ 1,300.00 |

1

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date | Atty | Time | Description | Amount |
|---|---|---|---|---|
| 02/24/2017 | nprice | 78 | Reviewed and edited Complaint re: attorney edits | $ 195.00 |
| 02/27/2017 | gswegman | 125 | Review of modified complaint. | $ 833.33 |
| 02/27/2017 | nprice | 143 | Edited Complaint re: adding Dausch, Arnicar, and Webster. | $ 357.50 |
| 02/28/2017 | gswegman | 65 | Reviewing complaint changes and additions. | $ 433.33 |
| 02/28/2017 | gswegman | 185 | Review 4th draft of complaint. | $ 1,233.33 |
| 03/01/2017 | gswegman | 185 | Final review and sign off on complaint. | $ 1,233.33 |
| 03/10/2017 | gswegman | 25 | Status review w/staff. File review for all Plaintiffs | $ 166.67 |
| 03/16/2017 | fbradley | 15 | Status review, updated Def table/notes. | $ 37.50 |
| 03/23/2017 | gswegman | 15 | Review file and call back Paul Evelius | $ 100.00 |
| 04/03/2017 | nprice | 10 | TC with Client re: Answer and Counterclaim | $ 25.00 |
| 04/03/2017 | fbradley | 12 | Rec'vd Answer to Complaint & Counterclaim, also rec'vd Local Rule 103.3 Disc statement. Gave file copies to Atty. | $ 30.00 |
| 04/03/2017 | fbradley | 24 | Rec'vd Judge's Memo re: FLSA cases, updated clients' database. | $ 60.00 |
| 04/06/2017 | nprice | 36 | TC with Client re: facts relevant to counterclaim | $ 90.00 |
| 04/10/2017 | nprice | 106 | Started Draft Declaration re: Mot. for Summ. J. | $ 265.00 |
| 04/11/2017 | nprice | 18 | TC with Client re: declaration | $ 45.00 |
| 04/11/2017 | nprice | 211 | Finished 1st Draft re: declaration for mot. for summ. j., supplemented with info from TC, details about Ciocca project, details regarding delays | $ 527.50 |
| 04/11/2017 | gswegman | 70 | Review of Declaration and exhibits. File review. | $ 466.67 |
| 04/12/2017 | gswegman | 35 | Discussion re Response to Counterclaim in Answer. | $ 233.33 |
| 04/12/2017 | gswegman | 42 | Reviewed 1st part of Motion to dismiss. | $ 280.00 |
| 04/12/2017 | nprice | 348 | Drafted Memorandum in Support of Mot. to Dismiss re: Legal standards, Fact summary | $ 870.00 |
| 04/13/2017 | gswegman | 55 | Reviewed our Motion to dismiss Counter. | $ 366.67 |
| 04/13/2017 | nprice | 341 | Drafted Motion re: Summary Judgment Argument Section | $ 852.50 |
| 04/14/2017 | nprice | 457 | Drafted Opp. Mot. Dismiss re: Argument for dismissal of both counts under 12(b)(6) | $ 1,142.50 |
| 04/14/2017 | gswegman | 135 | Review drafts of Motion to dismiss. | $ 900.00 |
| 04/14/2017 | fbradley | 75 | Proofread/and made some edits to Motion to Dismiss & Memo in Supp. | $ 187.50 |
| 04/17/2017 | nprice | 114 | Final Review of Mot. to Dismiss or for Summ. J. | $ 285.00 |
| 04/25/2017 | nprice | 102 | Drafted Mot. for Cond. Cert. and Order Granting Cond. Cert. | $ 255.00 |
| 05/02/2017 | fbradley | 15 | Status Review w/Atty, updated notes. | $ 37.50 |
| 05/08/2017 | gswegman | 65 | Review of issues, e-mails and Motion to extend. | $ 433.33 |
| 05/10/2017 | gswegman | 125 | Review of Defendants response in opposition to our motion to dismiss the counterclaim w/exhibits. | $ 833.33 |
| 05/10/2017 | gswegman | 45 | REviewing affidavits and declarations on Defenses Response to our Motion to dismiss Counterclaim. Discussion with Nathan on our reply. | $ 300.00 |
| 05/11/2017 | fbradley | 15 | Status Review, updated chart (wb). | $ 37.50 |
| 05/16/2017 | gswegman | 25 | Discussion re lawsuit against Plaintiff Dausch and Status review w/staff | $ 166.67 |
| 05/16/2017 | fbradley | 15 | Status review w/Atty, updated chart. | $ 37.50 |

2

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date | Attorney | Hours | Description | Amount |
|---|---|---|---|---|
| 05/18/2017 | gswegman | 25 | Review and call to Plaintiff Rausch. | $ 166.67 |
| 05/18/2017 | nprice | 285 | Drafted Reply to Opp. to Mot. to Dismiss re: fraud | $ 712.50 |
| 05/19/2017 | gswegman | 125 | Review of Plaintiffs Reply to Defense Response to our Motion to dismiss the claim against Yassa. | $ 833.33 |
| 05/19/2017 | gswegman | 45 | Legal Research for Motion. | $ 300.00 |
| 05/19/2017 | nprice | 207 | Continued drafting Reply re: Duty of Loyalty/Care | $ 517.50 |
| 05/22/2017 | nprice | 341 | Finished Drafting Reply re: Breach of Duty of Loyalty, Summ. J., Conclusion; Reviewed and edited Reply re: attorney edits | $ 852.50 |
| 05/22/2017 | gswegman | 145 | Review and revise Reply to their response to Motion to dismiss counterclaim. | $ 966.67 |
| 05/23/2017 | gswegman | 45 | Meet w/staff on status and final review of Reply to Defendants opposition. | $ 300.00 |
| 05/23/2017 | fbradley | 25 | Meeting w/Atty to discuss status. | $ 62.50 |
| 05/25/2017 | gswegman | 20 | Reviewing status w/staff. | $ 133.33 |
| 05/25/2017 | fbradley | 50 | Research on Defendant, reviewed info, submitted/discussion w/Atty. | $ 125.00 |
| 05/30/2017 | fbradley | 30 | Copied additional documentation received from Client. | $ 75.00 |
| 05/31/2017 | gswegman | 95 | Review of other Plaintiffs fact situations regarding the issues raised by the Yassa and Dausch filings. | $ 633.33 |
| 05/31/2017 | bdavis | 49 | Attorney analysis re: discussions with Co.-Counsel regarding litigation plan as it relates to viability of Defense Counsel's counter motions, status in regard to moving for conditional certification and information to be included in Declarations based upon differing fact patterns | $ 285.83 |
| 06/01/2017 | kaburgy | 80 | Reviewed notes, complaint & motions and began preparing Client declarations | $ 200.00 |
| 06/02/2017 | kaburgy | 61 | Drafted and edited declarations | $ 152.50 |
| 06/06/2017 | gswegman | 65 | REview of research done on glass door. | $ 433.33 |
| 06/07/2017 | kaburgy | 136 | Rev'd all client notes & began drafting Memo for Cond. Cert. re: background & intro | $ 340.00 |
| 06/08/2017 | kaburgy | 6 | Telephone comm. re: hours and Corporate Trainer position | $ 15.00 |
| 06/08/2017 | kaburgy | 271 | Memo for Cond. Cert. re: legal standard & argument | $ 677.50 |
| 06/08/2017 | fbradley | 65 | Prepared Billing Statement & Cover Ltr. | $ 162.50 |
| 06/08/2017 | fbradley | 10 | Status Review w/Atty. | $ 25.00 |
| 06/09/2017 | gswegman | 25 | Status discussion at meeting. | $ 166.67 |
| 06/09/2017 | dswensen | 68 | Edits to Mr. Yassa's declaration for grammar and narrative flow | $ 170.00 |
| 06/12/2017 | dswensen | 66 | additional edits to complaint per BLD | $ 165.00 |
| 06/12/2017 | bdavis | 472 | Prepared declaration template re: duties charged to all of Defendant's technicians centered on providing technical support, common reasons specific to all class members that resulted in excessive overtime hours worked, which includes the "on-call" rotation and required travel time | $ 2,753.33 |
| 06/13/2017 | kaburgy | 117 | Edits to Yassa declarations per BLD re company practices & locations, job descriptions & duties. | $ 292.50 |
| 06/14/2017 | kaburgy | 23 | TC with Client re declarations | $ 57.50 |
| 06/14/2017 | kaburgy | 29 | Edits to declarations re conversation with Client | $ 72.50 |
| 06/14/2017 | fbradley | 45 | Revised 1st Quarterly Billing Statement/ltr, mailed to Defense counsel, tickled file for next billing due date. | $ 112.50 |
| 06/14/2017 | bdavis | 23 | Attorney analysis re: discussions regarding information recently procured from Client in regard to class scope, class scope and duties attributable to all relevant positions as it relates to on-call time | $ 134.17 |
| 06/15/2017 | gswegman | 128 | REview and modify Yassas Declaration for Cond. Cert. | $ 853.33 |

3

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date | Attorney | Time | Description | Amount |
|---|---|---|---|---|
| 06/15/2017 | kaburgy | 47 | Edits to declaration per GES. Email comm. with Client re confirmation of dates, job titles, salary & other offices. | $ 117.50 |
| 06/19/2017 | gswegman | 55 | Reviewed Yassa's Declaration and modified | $ 366.67 |
| 06/21/2017 | gswegman | 145 | Review of Declarations for Motion for conditional Cert of Yassa and Tomassoni | $ 966.67 |
| 06/21/2017 | gswegman | 20 | Reviewed Plaintiff Arnicar's Declaration. | $ 133.33 |
| 06/22/2017 | fbradley | 15 | Status review, updated chart/notes. | $ 37.50 |
| 06/27/2017 | gswegman | 45 | Receipt and review of Complaint v. Plaintiff Dausch. | $ 300.00 |
| 06/27/2017 | gswegman | 22 | Review e-mail and file re recovering attorney fees on counterclaim. | $ 146.67 |
| 07/10/2017 | gswegman | 25 | Received and reviewed Thomassinos Dec. | $ 166.67 |
| 07/12/2017 | fbradley | 10 | Status review w/Atty. | $ 25.00 |
| 07/13/2017 | gswegman | 45 | Review of declarations of Plaintiffs for Motion for conditional cert. | $ 300.00 |
| 07/13/2017 | gswegman | 95 | Review of declarations. | $ 633.33 |
| 07/13/2017 | bdavis | 43 | Reviewed response to Motion to Dismiss counter claim re: state court action initiated by Plaintiff in retaliation | $ 250.83 |
| 07/18/2017 | gswegman | 15 | reviewed declaration with K. Burgy | $ 100.00 |
| 07/18/2017 | gswegman | 25 | Changes to Declaration, review. | $ 166.67 |
| 07/19/2017 | nprice | 16 | TC with Client re: Declaration, Client corrections | $ 40.00 |
| 07/19/2017 | kaburgy | 40 | Edited Declaration pursuant to client corrections | $ 100.00 |
| 07/19/2017 | fbradley | 15 | Status review w/Atty. | $ 37.50 |
| 07/20/2017 | kaburgy | 8 | Communication with Client re review of updated Declaration | $ 20.00 |
| 07/20/2017 | gswegman | 15 | Review of changes to declaration ande e-mail. | $ 100.00 |
| 07/21/2017 | gswegman | 20 | Reviewed Arnicars Declaration and copied to the Yassa file. | $ 133.33 |
| 07/21/2017 | gswegman | 95 | Reviewed Memo in support of Cond. Cert. | $ 633.33 |
| 07/21/2017 | gswegman | 105 | Review of Motion for Cond. Cert. | $ 700.00 |
| 07/25/2017 | gswegman | 25 | Work on Cond cert motion. | $ 166.67 |
| 07/27/2017 | gswegman | 25 | Receipt and review of Bates declaration, file review. | $ 166.67 |
| 08/02/2017 | gswegman | 105 | Drafting memo in support of Motion for conditional Cert. | $ 700.00 |
| 08/02/2017 | gswegman | 155 | Motion for cond. cert. | $ 1,033.33 |
| 08/03/2017 | gswegman | 125 | More work on Motion for C C. | $ 833.33 |
| 08/03/2017 | gswegman | 75 | Motion for C C | $ 500.00 |
| 08/04/2017 | fbradley | 25 | Status review, updated database/s. | $ 62.50 |
| 08/09/2017 | fbradley | 18 | Rec'vd & brief review of Memo and Order Dismissing w/out Prej Counterclaim against Yassa, updated database & gave file copies to Atty. | $ 45.00 |
| 08/09/2017 | gswegman | 45 | Receipt and review of Courts Order on Counterclaim and Declaration of Daniel Dausch | $ 300.00 |
| 08/10/2017 | gswegman | 145 | Motion for conditional Cert | $ 966.67 |
| 08/11/2017 | gswegman | 55 | Review of Plaintiffs declarations. | $ 366.67 |
| 08/14/2017 | gswegman | 90 | More work on Motion for conditional cert. | $ 600.00 |

4

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date | Timekeeper | Time | Description | Amount |
|---|---|---|---|---|
| 08/14/2017 | gswegman | 170 | Motion for cond cert. | $ 1,133.33 |
| 08/16/2017 | gswegman | 247 | Finish up Motion for CC. | $ 1,646.67 |
| 08/17/2017 | gswegman | 105 | Finished Motion for CC. Gave to Cica w/instructions. | $ 700.00 |
| 08/21/2017 | fbradley | 24 | Rec'vd Tentative Scheduling Order & Correspondence setting Conf call date, saved in Client folder, updated calendars, gave file copies to Atty. | $ 60.00 |
| 08/21/2017 | fbradley | 245 | Contd typing Memo in Support, Motion for Conditional Cert. | $ 612.50 |
| 08/22/2017 | fbradley | 150 | Finalized revisions to Memo in Supp of Motion for Cond. Cert, proofread and gave to Law Clerk for review. | $ 375.00 |
| 08/22/2017 | fbradley | 45 | Rev'd Motion for Cond Cert and Proposed Order, made a few changes. | $ 112.50 |
| 08/23/2017 | fbradley | 24 | Prepared & mailed Letter to Client encl. Declaration for his review/signature. | $ 60.00 |
| 08/28/2017 | gswegman | 137 | REview of first draft of Motion for Cond. cert. Discussion w/team. | $ 913.33 |
| 08/29/2017 | gswegman | 35 | Reviewed motion and Order on Cond. cert. | $ 233.33 |
| 08/31/2017 | nprice | 107 | Review and edits re: memorandum in support of motion for conditional certification | $ 267.50 |
| 09/01/2017 | gswegman | 122 | File review, discussion w/staff, review of Motion and Nathans changes, call to Defense counsel and arrangements for Ben to handle conference call to Judge on Tuesday morning. | $ 813.33 |
| 09/01/2017 | nprice | 143 | Review and edit re: memorandum in support of motion for conditional certification | $ 357.50 |
| 09/01/2017 | fbradley | 200 | Working on Memo in Supp of Motion for Cond Cert. | $ 500.00 |
| 09/05/2017 | fbradley | 25 | Rec'vd Order ref Case to Mag Judge, updated dbase, copy to Atty, Entered Sch Order dates/deadines. | $ 62.50 |
| 09/05/2017 | fbradley | 132 | Continued revisions to Memo in Support of Motion for Cond Cert to reflect refs to Decls. | $ 330.00 |
| 09/06/2017 | fbradley | 420 | Finalized revisions to Memo in Supp of Motion for Cond Cert to reflect refs to decls. | $ 1,050.00 |
| 09/07/2017 | gswegman | 95 | Review of Motion and memorandum. | $ 633.33 |
| 09/07/2017 | nprice | 316 | Reviewed and edited Memo in Support of Conditional Cert re: citations to supporting exhibits, facts stated | $ 790.00 |
| 09/08/2017 | gswegman | 43 | Review of final changes in Motion for C.C. | $ 286.67 |
| 09/08/2017 | nprice | 143 | Reviewed and edited Memo for Cond. Cert. re: attorney edits, argument | $ 357.50 |
| 09/08/2017 | fbradley | 120 | Final Review of Motion for Cond Cert prepped all docs & Exhs, efiled Motion, updated databases. | $ 300.00 |
| 09/08/2017 | bdavis | 134 | Attorney analysis re: reviewed and analyzed Motion for Conditional Certification and Declarations attached thereto for purposes of strengthening claims in regard to scope of duties performed are substantially similar regardless of the nature of technical assessments completed | $ 781.67 |
| 09/08/2017 | dswensen | 82 | final review and edits to motion | $ 205.00 |
| 09/11/2017 | gswegman | 127 | Working up proposed Notice to potential class members | $ 846.67 |
| 09/11/2017 | gswegman | 45 | Status review and discussions re: Notice and Opt in Form | $ 300.00 |
| 09/13/2017 | gswegman | 35 | File review and Phone call to Plaintiff regarding dismissal of counterclaim, filing Motion for conditional Certification and what that means and the filing by Defendants in Baltimore County Circuit Court. | $ 233.33 |
| 09/14/2017 | gswegman | 17 | Telephone call from Mark Campsen, opposing counsel re: extension. File review and review of status. | $ 113.33 |
| 09/15/2017 | gswegman | 27 | Receipt and review of e-mails with Motion for extension and Order. File review and consent sent. | $ 180.00 |
| 09/15/2017 | gswegman | 11 | Status discussion w/staff. | $ 73.33 |
| 09/18/2017 | gswegman | 13 | E-mails and review regarding hand delivery of Motion for C.C. to Judges chambers. | $ 86.67 |
| 09/18/2017 | nprice | 25 | Hand delivered Motion for Conditional Cert. to Judge | $ 62.50 |

**PLAINTIFFS' BILLING STATEMENT**
**11/20/2017**

| Date | Timekeeper | Time | Description | Amount |
|---|---|---|---|---|
| 09/18/2017 | fbradley | 30 | Rec'vd & Resp to email from Judge's chambers, prepared ltr encl. copy of Mot for Conditional Cert and all attachments. | $ 75.00 |
| 09/18/2017 | fbradley | 25 | Rec'vd Order sch Settl. Conf, incldg Ex parte & Demand ltr due dates, updated calendars, database and gave file copy to Atty. | $ 62.50 |
| 09/19/2017 | fbradley | 63 | Prepared and mailed 2nd Quarterly Billing Stmt to.Defense, tickled file. | $ 157.50 |
| 09/19/2017 | gswegman | 12 | Reviewed latest quarterly billing statement. | $ 80.00 |
| 09/22/2017 | fbradley | 18 | Status review & Judiciary check. | $ 45.00 |
| 09/22/2017 | gswegman | 17 | file and status review following latest billing ststement. | $ 113.33 |
| 09/29/2017 | fbradley | 12 | Rec'vd Consent Mot for Extn of Time to Respond to Mot for Cond Cert, gave file copy to Atty. | $ 30.00 |
| 10/09/2017 | gswegman | 55 | Reviewed e-mail from Defense, called Yassa to discuss service request on their complaint against him and e-mailed clients answer to Defendants. | $ 366.67 |
| 10/09/2017 | gswegman | 12 | Status review w/staff | $ 80.00 |
| 10/09/2017 | fbradley | 12 | Status review w/Atty. | $ 30.00 |
| 10/13/2017 | nprice | 68 | Initial review of Memorandum in Opp'n to P.'s Mot. for Cond. Cert. | $ 170.00 |
| 10/13/2017 | gswegman | 70 | Receipt and review of Response to Motion for conditional Cert. | $ 466.67 |
| 10/19/2017 | gswegman | 11 | Status review. | $ 73.33 |
| 10/19/2017 | fbradley | 15 | Status review w/Atty, updated file notes. | $ 37.50 |
| 10/20/2017 | gswegman | 128 | Drafted/revised & Efiled Consent Motion to Ext Deadline to Reply to Def's Oppo to Plaintiffs' Motion for Conditional Certification. | $ 853.33 |
| 10/23/2017 | gswegman | 17 | Review of Settlement Conf. Notice and Call to Paul Evelius re:Continuance. | $ 113.33 |
| 10/23/2017 | gswegman | 13 | Spoke w/defense counsel on Motion for continuance re Settlement conference. | $ 86.67 |
| 10/23/2017 | fbradley | 6 | Rec'vd Paperless Order Granting our Motion for Extn of Time to File reply to Defs Resp to MFCC. Updated dbase. | $ 15.00 |
| 10/24/2017 | gswegman | 65 | Review of settlement conference issue and drafted Motion to Postpone | $ 433.33 |
| 10/25/2017 | fbradley | 122 | Drafted/revised & Efiled Motion to Continue the Date of the Settlement Conf & Proposed Order. | $ 305.00 |
| 10/26/2017 | fbradley | 15 | Status review for purposes of updating weekly report. | $ 37.50 |
| 10/27/2017 | gswegman | 37 | Arranging depositions. Reviewing discovery. | $ 246.67 |
| 10/30/2017 | gswegman | 133 | Reviewed file and prepared ex-parte letter. | $ 886.67 |
| 10/30/2017 | fbradley | 128 | Typed/drafted & revised Ex Parte Letter. | $ 320.00 |
| 10/30/2017 | mbrown | 248 | Review all case notes and pleadings re: drafting reply brief | $ 620.00 |
| 10/31/2017 | fbradley | 36 | Final proof read/spell check of Ex Parte letter, emailed to Judge Gauvey. | $ 90.00 |
| 10/31/2017 | mbrown | 322 | Legal Research: all cases cited by Defendant, shephardizing re: reply response | $ 805.00 |
| 11/01/2017 | mbrown | 128 | Began Drafting Reply Brief | $ 320.00 |
| 11/02/2017 | fbradley | 10 | Rec'vd Order Denying Motion to Continue Date of Settlement Conference, gave file copy to Atty. | $ 25.00 |
| 11/02/2017 | bbrooks | 285 | Began damage calculations for 7 Clients. | $ 712.50 |
| 11/03/2017 | gswegman | 195 | Reviewed damages and worked up demand letter for Settlement Conf. | $ 1,300.00 |
| 11/03/2017 | bbrooks | 348 | Completed damage calculations for all 7 Clients, reviewed, double checked, and discussed with GES. Reformatted for better viewing. | $ 870.00 |
| 11/06/2017 | gswegman | 119 | Reviewed file and letters to Plaintiffs regarding Settlement conf. | $ 793.33 |
| 11/06/2017 | fbradley | 122 | Typed/revised Settlement Demand letter, sent to Defense & Judge via email & regular mail. | $ 305.00 |

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date | By | Min | Description | Fees |
|---|---|---|---|---|
| 11/06/2017 | fbradley | 28 | Prepared and sent Settlement Conf reminder letter & Notice to Client via email and regular mail. | $ 70.00 |
| 11/06/2017 | mbrown | 342 | Continued Drafting Reply Brief | $ 855.00 |
| 11/06/2017 | bdavis | 47 | Attorney analysis re: reviewed and analyzed Defendant's opposition to Plaintiffs' Motion for Conditional Certification and discussions with Co.-Counsel regarding the viability of arguments | $ 274.17 |
| 11/07/2017 | fbradley | 128 | Revised Letters to out-of-state Clients. Scanned/saved and emailed Settlement Conference reminder letters w/attached Notice from Court, to all Clients, attach Notice as well. | $ 320.00 |
| 11/07/2017 | mbrown | 214 | Finished First Draft of Reply Brief | $ 535.00 |
| 11/07/2017 | bbrooks | 162 | Review of damages for all 7 Clients. | $ 405.00 |
| 11/08/2017 | fbradley | 15 | Rec'vd and respd to emails from Client confirming attendance @ SC & req for TC w/Atty. Emailed Atty. | $ 37.50 |
| 11/08/2017 | bdavis | 262 | Motions practice re: reviewed and drafted arguments to Plaintiffs' Response to Defendant's Opposition to Certify Class as it pertains to Defendant's use of misleading case law and allegations within declarations which make clear that Plaintiffs have met their burden | $ 1,528.33 |
| 11/10/2017 | gswegman | 37 | Review modifications of Reply. | $ 246.67 |
| 11/10/2017 | fbradley | 45 | Made edits/formatted Reply Brief. | $ 112.50 |
| 11/10/2017 | dswensen | 78 | Review and edits to reply | $ 195.00 |
| 11/10/2017 | bdavis | 185 | Attorney analysis re: cited reference to exhibits to Plaintiffs' Response to Defendant's Opposition to Certify Class to ensure accurate reflection of arguments presented | $ 1,079.17 |
| 11/13/2017 | gswegman | 42 | Review and modify Reply to Opp. to Motion for C.C. | $ 280.00 |
| 11/14/2017 | bbrooks | 92 | Adjustment to damage calculation and sent to Defense. | $ 230.00 |
| 11/15/2017 | fbradley | 10 | TC from Client re: Settlement Conference, answered qtns and emailed Atty. | $ 25.00 |
| 11/15/2017 | fbradley | 32 | TC to Fed Court and Emails to and from Judge Guavey's Assistant re: attendees at Settl Conf. | $ 80.00 |
| 11/15/2017 | gswegman | 45 | Contact Yassa re settlement conference, receipt and revieqw of Settlement Offer ($23,000) and contacting other Plaintiffs re Conference. File review | $ 300.00 |
| 11/16/2017 | gswegman | 20 | Review e-mails and review offer letter again. | $ 133.33 |
| 11/16/2017 | gswegman | 17 | Call Evelius re ok for Phone attendance. and data on our calculations. | $ 113.33 |
| 11/17/2017 | fbradley | 18 | TCs w/Judge Gauvey's asst, GES and Defs re: Out of State Client attending SC via phone. | $ 45.00 |
| 11/17/2017 | fbradley | 9 | TC from Judge Guavey's asst, re: Settl Conf text to GES. | $ 22.50 |
| 11/17/2017 | fbradley | 9 | TC from Client re: Settl Conf, email to Atty. | $ 22.50 |
| 11/17/2017 | fbradley | 30 | TC from GES, doc search & docket review. Scanned/saved and emailed Billing statements and Complaint to Judge Gauvey's assist w/cover note. | $ 75.00 |
| 11/17/2017 | fbradley | 12 | TC/email to and from Client re: Circuit Court Complaint & address update. Inputted in database. | $ 30.00 |
| 11/17/2017 | gswegman | 45 | Discussion w/Settlement Judge, Paralegals and review of status of Plaintiffs for Settlement | $ 300.00 |
| 11/20/2017 | gswegman | 176 | Review cases noted in Offer letter and prepare a response. Prepare for settlement conference. | $ 1,173.33 |
| 11/20/2017 | fbradley | 95 | Typed/revised, scanned/saved and emailed Reply to Def's Resp to Demand to Judge Gauvey and Def counsel. | $ 237.50 |
| 11/20/2017 | fbradley | 9 | Email to and from Client confirming attendance at Settl Conf. | $ 22.50 |
| Date: | By: | Min: | Eric Arnicar | Fees: |
| 01/30/2017 | gswegman | 55 | Initial interview. | $ 366.67 |
| 02/22/2017 | nprice | 26 | TC with Client re: initial intake | $ 65.00 |

7

# PLAINTIFFS' BILLING STATEMENT
## 11/20/2017

| Date | By | Min | Description | Fees |
|---|---|---|---|---|
| 03/02/2017 | gswegman | 15 | Review complaint against Helion. | $ 100.00 |
| 03/08/2017 | fbradley | 60 | New File review, sent email to Client to please provide his paystubs/W2s and any other emplymt related paperwork, updated database & Def table. | $ 150.00 |
| 05/23/2017 | fbradley | 18 | TC & email to and from Client re: Status of Case & notes. | $ 45.00 |
| 06/09/2017 | fbradley | 30 | Prepared 1st Quarterly Billing Statment. | $ 75.00 |
| 06/15/2017 | kaburgy | 45 | Edited declarations re job position, duties, schedule, compensation. | $ 112.50 |
| 06/16/2017 | kaburgy | 20 | Additional edits to declarations. Attempted to call & sent email asking to return call. | $ 50.00 |
| 06/16/2017 | kaburgy | 12 | TC with Client re declarations & summary. | $ 30.00 |
| 07/21/2017 | gswegman | 25 | Received and reviewed Plaintiffs Declaration re the potential Motion for conditional cert. | $ 166.67 |
| 09/01/2017 | fbradley | 85 | Making Revisions to Memo in Supp of Motion for Cond Cert. | $ 212.50 |
| 09/05/2017 | fbradley | 20 | Reviewed Client's Declaration | $ 50.00 |
| 09/19/2017 | fbradley | 25 | Prepared 2nd Quarterly Billing Statement. | $ 62.50 |
| 11/06/2017 | fbradley | 28 | Prepared and sent Settlement Conf reminder letter & Notice to Client via email and regular mail. | $ 70.00 |
| 11/08/2017 | fbradley | 12 | Rec'vd and resp to emails from Client re Settl Conf. & confirming attendance. | $ 30.00 |
| Date: | By: | Min: | David Bates | Fees: |
| 02/17/2017 | nprice | 68 | TC with Client re: initial intake | $ 170.00 |
| 02/20/2017 | gswegman | 70 | Initial interview | $ 466.67 |
| 02/22/2017 | gswegman | 35 | Complaint | $ 233.33 |
| 02/23/2017 | gswegman | 15 | Review complaint | $ 100.00 |
| 02/24/2017 | fbradley | 30 | Rev'd New file. TC & Email to PNC to pls provide paystubs, etc and return LSA asap. | $ 75.00 |
| 02/28/2017 | gswegman | 35 | Reviewing additions to Helion complaint. | $ 233.33 |
| 05/23/2017 | fbradley | 15 | TC to and from Client re: Status of Case & notes. | $ 37.50 |
| 06/09/2017 | fbradley | 30 | Prepared 1st Quarterly Billing Statement. | $ 75.00 |
| 06/16/2017 | kaburgy | 4 | TC with Client confirming information for declaration | $ 10.00 |
| 06/16/2017 | kaburgy | 65 | Prepared declaration for Cond. Cert. | $ 162.50 |
| 07/25/2017 | kaburgy | 10 | TC with Client re declaration and made corresponding changes, sent updated version. | $ 25.00 |
| 09/05/2017 | fbradley | 20 | Reviewed Client's Declaration | $ 50.00 |
| 09/19/2017 | fbradley | 25 | Prepared 2nd Quarterly Billing Statement. | $ 62.50 |
| 11/06/2017 | fbradley | 28 | Prepared and sent Settlement Conf reminder letter & Notice to Client via email and regular mail. | $ 70.00 |
| 11/14/2017 | fbradley | 8 | TC to Client to confirm attendance/non attendance @ Settlement Conference, sent email to Atty. | $ 20.00 |
| 11/17/2017 | fbradley | 15 | TC from Client re: Settl Conf, answered questions, email to Atty. | $ 37.50 |
| Date: | By: | Min: | Marc Blazejak | Fees: |
| 02/14/2017 | nprice | 34 | TC with Client re: initial intake | $ 85.00 |
| 02/17/2017 | gswegman | 65 | Initial interview | $ 433.33 |
| 02/17/2017 | fbradley | 75 | Initial Interview and notes. | $ 187.50 |

8

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date | By | Min | | | Fees |
|---|---|---|---|---|---|
| 02/20/2017 | gswegman | 45 | Reviewing docs e-mailed by PNC | $ | 300.00 |
| 02/21/2017 | fbradley | 125 | New File review, downloaded/saved add'nal paystubs and work documents. | $ | 312.50 |
| 02/22/2017 | gswegman | 45 | Complaint. | $ | 300.00 |
| 02/23/2017 | gswegman | 20 | review complaint | $ | 133.33 |
| 02/28/2017 | gswegman | 35 | Reviewing inclusion in Helion complaint. | $ | 233.33 |
| 05/23/2017 | fbradley | 15 | TC to and from Client re: status of case & notes. | $ | 37.50 |
| 06/09/2017 | fbradley | 30 | Prepared Billing Statement. | $ | 75.00 |
| 06/16/2017 | kaburgy | 84 | Prepared declaration for motion for conditional cert. | $ | 210.00 |
| 06/19/2017 | kaburgy | 12 | Edited declaration for Cond. Cert. | $ | 30.00 |
| 07/18/2017 | kaburgy | 15 | Phone conversation with Client re corrections to declaration | $ | 37.50 |
| 09/05/2017 | fbradley | 30 | Review of Decl, TCs to and from Client to f/u & Email to Client re: Decl. changes. | $ | 75.00 |
| 09/05/2017 | fbradley | 20 | Reviewed Client's Declaration. | $ | 50.00 |
| 09/07/2017 | fbradley | 12 | Rec'vd and responded to email from Client re: Declaration | $ | 30.00 |
| 09/19/2017 | fbradley | 25 | Prepared 2nd Quarterly Billing Statement. | $ | 62.50 |
| 11/06/2017 | fbradley | 28 | Prepared and sent Settlement Conf reminder letter & Notice to Client via email and regular mail. | $ | 70.00 |
| 11/07/2017 | fbradley | 12 | Rec'vd and resp to emails from Client re Settl Conf. & confirming attendance. | $ | 30.00 |
| 11/20/2017 | fbradley | 9 | Text to and from Client, confirming attendance at Settl Conf tomorrow. | $ | 22.50 |
| Date: | By: | Min: | Daniel Dausch | | Fees: |
| 02/17/2017 | nprice | 28 | TC with Client re: initial intake | $ | 70.00 |
| 02/27/2017 | gswegman | 60 | Initial interview. | $ | 400.00 |
| 03/01/2017 | gswegman | 10 | Review Helion complaint | $ | 66.67 |
| 03/08/2017 | fbradley | 60 | New File review, sent email to Client to please provide add'nal paystubs/W2 and any other emplymt related paperwork, updated database & Def table. | $ | 150.00 |
| 05/15/2017 | fbradley | 24 | Rec'vd and responded to emails from Client re: emplymt related paperwork & other info. Scanned and saved doc/s in Client folder. | $ | 60.00 |
| 05/16/2017 | fbradley | 45 | Rec'vd emails from Client re: lawsuit filed by EM, checked Jud and pulled info, back and forth emails to Client, saved docs in Client folder, emailed Atty & Law Clerk. | $ | 112.50 |
| 05/16/2017 | gswegman | 35 | reviewed file and summons on em suit in Circuit Ct | $ | 233.33 |
| 05/23/2017 | gswegman | 45 | Reviewed the Baltimore County Circuit Court filing by EM, discussed the matter with staff and called Plaintiff and discussed at length. | $ | 300.00 |
| 06/06/2017 | fbradley | 15 | File review & Judiciary check, discussed w/Atty. | $ | 37.50 |
| 06/09/2017 | fbradley | 30 | Prepared 1st Quarterly Billing Statment. | $ | 75.00 |
| 06/19/2017 | kaburgy | 29 | Prepared declaration for motion for Cond. Cert. | $ | 72.50 |
| 06/22/2017 | fbradley | 15 | File review & Judiciary check, emailed update to Atty. | $ | 37.50 |
| 06/26/2017 | fbradley | 12 | Rec'vd and responded to emails from Client re: Circuit Court case. | $ | 30.00 |
| 06/27/2017 | gswegman | 35 | Receipt and review of Complaint in Circuit Court. | $ | 233.33 |
| 06/27/2017 | fbradley | 18 | Recv'd lawsuit papers from Client via email, Complaint, etc. Ackn receipt, gave copies to Atty. | $ | 45.00 |

9

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date | User | Units | Description | Amount |
|---|---|---|---|---|
| 06/27/2017 | gswegman | 35 | File review and status meeting re Circuit Court filing. | $ 233.33 |
| 06/28/2017 | gswegman | 70 | Review of Complaint and file, discussion with Plaintiff Re allegations in the complaint. | $ 466.67 |
| 06/30/2017 | nprice | 172 | Drafted Motion to Dismiss re: Motion, Memo Legal Standards (Mot. to Dismiss) | $ 430.00 |
| 07/05/2017 | nprice | 198 | Drafted Memorandum in Support of Mot. to Dismiss re: Introduction and Procedural Background, Legal Standards (Contract), Legal Standards (Negligence), Factual Summary | $ 495.00 |
| 07/06/2017 | nprice | 255 | Drafted Memorandum in Support of Mot. to Dismiss re: Section IV Argument, Section V Conclusion | $ 637.50 |
| 07/11/2017 | rleonard | 124 | Reviewed and revised draft of Defendant's Motion to Dismiss in state court. | $ 723.33 |
| 07/11/2017 | gswegman | 70 | Review and modification of Motion to dismiss. | $ 466.67 |
| 07/12/2017 | gswegman | 45 | Further review of Motion to dismiss. | $ 300.00 |
| 07/12/2017 | fbradley | 15 | Status review w/Atty & Law Clerk, updated database. | $ 37.50 |
| 07/13/2017 | gswegman | 15 | Review of declaration | $ 100.00 |
| 07/13/2017 | gswegman | 45 | Review of MTD and addendum to LSA, Order and Memo. | $ 300.00 |
| 07/14/2017 | gswegman | 25 | Review of MTD and retainer. File review. | $ 166.67 |
| 07/17/2017 | gswegman | 45 | Modify MTD. Motions practice. | $ 300.00 |
| 07/17/2017 | nprice | 68 | Review of Memo in Support of Mot to Dismiss re: facts alleged, citations, legal arguments, attorney edits | $ 170.00 |
| 07/17/2017 | dswensen | 31 | edits to motion to dismiss | $ 77.50 |
| 07/19/2017 | fbradley | 15 | Status review/discussion re: Circuit Court Case. | $ 37.50 |
| 07/21/2017 | kaburgy | 2 | TC with Client re status of declaration. | $ 5.00 |
| 07/21/2017 | bdavis | 122 | Attorney analysis re: reviewed and analyzed response to Defendant's Motion to Dismiss and provided additional arguments regarding Defendant's failure to make out a prima facie case for negligence | $ 711.67 |
| 07/24/2017 | gswegman | 65 | Reviewed changes to Motion to dismiss and modified. | $ 433.33 |
| 07/25/2017 | fbradley | 24 | Scanned/saved and emailed copies of date stamped Motion to Dismiss & cover Letter to Paul Evelius, Esq. | $ 60.00 |
| 07/25/2017 | gswegman | 12 | Status review w/staff | $ 80.00 |
| 08/04/2017 | fbradley | 20 | Status Review, updated notes. | $ 50.00 |
| 08/18/2017 | gswegman | 72 | Review of Plaintiffs response to our Motion to dismiss in Circuit Court. | $ 480.00 |
| 08/25/2017 | fbradley | 15 | Status review, updated database. | $ 37.50 |
| 09/01/2017 | gswegman | 55 | Review of Plaintiffs response to Our Motion to Dismiss. | $ 366.67 |
| 09/05/2017 | fbradley | 20 | Reviewed Client's Declaration. | $ 50.00 |
| 09/06/2017 | gswegman | 41 | Review of Response to MTD and exhibits. | $ 273.33 |
| 09/07/2017 | fbradley | 60 | Revised Client's Declaration, emailed Client, prepared letter to Client encl Decl & SASE for return. | $ 150.00 |
| 09/08/2017 | fbradley | 6 | TC to Client re: Declaration. | $ 15.00 |
| 09/12/2017 | gswegman | 312 | Prepare Answer to Baltimore County Filing./ File review Discussion w/staff. Call to Defendant Dausch. | $ 2,080.00 |
| 09/13/2017 | gswegman | 77 | Finished up Answer and Affirmative defenses, reviewed file and I expect to hear a confirmation from Defendants soon. | $ 513.33 |
| 09/13/2017 | fbradley | 185 | Drafted Answer to Complaint. | $ 462.50 |
| 09/14/2017 | gswegman | 25 | Review Draft Answer and Defenses. | $ 166.67 |
| 09/14/2017 | fbradley | 60 | Proofread and revised Answer to Complaint, gave 1st draft to Attorney. | $ 150.00 |

10

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| Date | By | Min | Description | Fees |
|---|---|---|---|---|
| 09/14/2017 | fbradley | 66 | Made revisions to Ans to Complaint to reflect attys changes, Completed Civil Infon. Sheet. | $ 165.00 |
| 09/14/2017 | fbradley | 15 | TC to Court re: if Court costs for filing Ans. Rev'd fee schedule. | $ 37.50 |
| 09/14/2017 | gswegman | 17 | Final review of Answer and filing documents and discussion re: filing etc. | $ 113.33 |
| 09/15/2017 | nprice | 120 | Filing Answer to Complaint re: traveling, filing | $ 300.00 |
| 09/19/2017 | fbradley | 30 | Prepared 2nd Quarterly Billing Statement. | $ 75.00 |
| 09/22/2017 | fbradley | 15 | Status review & Judiciary check re: Circuit Court Case. | $ 37.50 |
| 09/27/2017 | gswegman | 17 | Receipt and review of Mediation notice from Baltimore Circuit Court, file review and call to Mediator. | $ 113.33 |
| 10/05/2017 | gswegman | 22 | Reviewed Mediation notice and called mediator. We spoke about consolidation and her need for Evelius' e-mail address. | $ 146.67 |
| 10/06/2017 | fbradley | 15 | Status review re: Circuit Court case, update calendar and file notes. | $ 37.50 |
| 10/09/2017 | fbradley | 10 | Status review w/Atty, updated file notes. | $ 25.00 |
| 10/26/2017 | fbradley | 15 | Status review re: Circuit court case, checked docket. | $ 37.50 |
| 11/06/2017 | fbradley | 28 | Prepared and sent Settlement Conf reminder letter & Notice to Client via email and regular mail. | $ 70.00 |
| 11/08/2017 | fbradley | 12 | Rec'vd and resp to emails from Client re Settl Conf. & confirming attendance. | $ 30.00 |
| 11/17/2017 | fbradley | 30 | File review re: Circuit court case/docket check. Scanned saved and emailed Circuit Court Complaint to Judge Gauvey. | $ 75.00 |
| Date: | By: | Min: | James Tomassoni | Fees: |
| 03/20/2017 | gswegman | 42 | Reviewed notes and participated in Skype interview. | $ 280.00 |
| 04/21/2017 | fbradley | 60 | Rev'd new file & updated database. TC and email to Client requesting emplymt related paperwork, paystubs, etc. | $ 150.00 |
| 05/23/2017 | fbradley | 7 | TC to Client re: Status of Case & notes. | $ 17.50 |
| 06/09/2017 | fbradley | 30 | Prepared 1st Quarterly Billing Statement. | $ 75.00 |
| 06/19/2017 | kaburgy | 21 | Prepared declaration for Motion for Cond. Cert. | $ 52.50 |
| 08/04/2017 | fbradley | 20 | Status review, updated notes. | $ 50.00 |
| 09/05/2017 | fbradley | 20 | Reviewed Client's Declaration. | $ 50.00 |
| 09/19/2017 | fbradley | 25 | Prepared 2nd Quarterly Billing Statement. | $ 62.50 |
| 11/06/2017 | fbradley | 28 | Prepared and sent Settlement Conf reminder letter & Notice to Client via email and regular mail. | $ 70.00 |
| 11/14/2017 | fbradley | 12 | TC and Text to Client to confirm attendance/non attendance @ Settlement Conf, emailed atty. | $ 30.00 |
| 11/14/2017 | fbradley | 12 | TC from Client re: Settlement Conference, qtns and attendance, emailed Atty. | $ 30.00 |
| 11/20/2017 | fbradley | 6 | Sent reminder text to Client re Settlement Conference sch for tomorrow @ 10am. | $ 15.00 |
| Date: | By: | Min: | James Tomassoni | Fees: |
| 02/27/2017 | gswegman | 35 | Initial interview. | $ 233.33 |
| 02/27/2017 | nprice | 71 | Reviewed Client paystubs | $ 177.50 |
| 03/22/2017 | nprice | 16 | TC with Client re: initial intake | $ 40.00 |
| 05/23/2017 | fbradley | 15 | TC to and from Client re: Status of Case & notes. | $ 37.50 |
| 06/09/2017 | fbradley | 30 | Prepared 1st Quarterly Billing Statment. | $ 75.00 |
| 06/19/2017 | kaburgy | 40 | Prepared Declaration for Motion for Cond. Cert. | $ 100.00 |
| 07/20/2017 | gswegman | 35 | Reviewed declaration. | $ 233.33 |

11

PLAINTIFFS' BILLING STATEMENT
11/20/2017

| 09/05/2017 | fbradley | 20 | Reviewed Client's Declaration. | $ | 50.00 |
|---|---|---|---|---|---|
| 09/19/2017 | fbradley | 25 | Prepared 2nd Quarterly Billing Statement. | $ | 62.50 |
| 11/06/2017 | fbradley | 28 | Prepared and sent Settlement Conf reminder letter & Notice to Client via email and regular mail. | $ | 70.00 |
| 11/08/2017 | fbradley | 8 | Rec'vd and resp to email from Client re Settl Conf. & confirming attendance. | $ | 20.00 |

12

## Client Expense Itemization

| | | | | | |
|---|---|---|---|---|---|
| Yassa | George | | 506267 | | XXX-XX-6983 |

| DATE | PAYEE | DEBIT | CREDIT | CHECK NO |
|---|---|---|---|---|
| 3/1/2017 | MASTERCARD-Company Credit Card Used | $400.00 | | |
| 5/9/2017 | De Novo Attorney Services, Inc. | $240.00 | | 63323 |

**Total Debit** **Total Credit**
$640.00

**Expense Balance**
$640.00

Yassa   George   506267   XXX-XX-6983